No. 849. Prairie Oil & Gas Company, Senes W. Anthony, and Charles Anthony, Plaintiffs in Error, *v.* Annie Carter. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted May 7, 1917. Decided May 21, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726. (Petition for a writ of certiorari denied, March 12, 1917.) *Mr. Joseph W. Bailey* and *Mr. George S. Ramsey* for plaintiffs in error. *Mr. S. W. Hayes* for defendant in error.

---

No. 372. George Schwede *v.* Zenith Steamship Co. On certificate from and writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit. Argued October 17, 18, 1916. Reargued January 10, 11, 1917. Decided May 21, 1917. *Per Curiam.* Judgment of the District Court of the United States for the Northern District of Ohio affirmed with costs by an equally divided court and cause remanded to the said District Court. (Mr. Justice Day took no part in the consideration or decision of this case.) *Mr. R. B. Newcomb* and *Mr. Frank M. Cobb* for Schwede. *Mr. Luther Day* for Zenith Steamship Company.